## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff

v.

LINDA ALT
THOMAS ALT

    Defendant(s)

Civil Action No: 05-2275

FILED
HARRISBURG
JAN 1 0 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

### ORDER TO DISCONTINUE AND END

Upon Motion of the Plaintiff, and agreement of the Defendants, it is hereby Ordered that, the above captioned matter shall be marked discontinued and ended. The terms of the Mortgage and Note obligations between parties shall remain in full force and effect as if no default had occurred.

This matter may be marked closed for statistical purposes.

By the Court

_____ 1/10/06
                            J.